IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-07866 ESL

JAVIER RODRIGUEZ PEREZ

Chapter 13

XXX-XX-1424

FILED & ENTERED ON 03/11/2011

Debtor(s)

## O R D E R

The application for allowance of compensation filed by ATTY. JAIME RODRIGUEZ PEREZ in the amount of $287.50 (docket #37), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 11 day of March, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
JAIME RODRIGUEZ-PEREZ
JOSE RAMON CARRION MORALES
US TRUSTEE
ATTY. JAIME RODRIGUEZ PEREZ
FINANCE DEPT.